IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEMLEM TSEGAI        )<br>  )<br>  Plaintiff        )<br>  ) CIVIL ACTION FILE NUMBER<br>v.        )<br>  ) 1:21-cv-01995-TWT<br>HARTFORD LIFE AND    )<br>ACCIDENT INSURANCE   )<br>COMPANY              )<br>  )<br>  Defendant        ) | |

## NOTICE OF SETTLEMENT

Now come plaintiff Lemlem Tsegai and defendant Hartford Life and Accident Insurance Company and give notice that the above-captioned matter has been settled. Once the settlement has been consummated, the parties will file a stipulation of dismissal with prejudice with the Court.

This 28th day of September, 2021.

**[*signatures on following page*]**

s/ *Heather K. Karrh*
Heather K. Karrh
Georgia Bar No. 408379

Attorney for Plaintiff
Lemlem Tsegai

ROGERS, HOFRICHTER
    & KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)
hkarrh@rhkpc.com

s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorney for Defendant Hartford Life
& Accident Insurance Company

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
nikole.crow@wbd-us.com


s/ *Jason D. Wyman*
Jason D. Wyman
Georgia Bar No. 871980

WOMBLE BOND DICKINSON (US) LLP
550 South Main Street, Suite 400
Greenville, South Carolina 29601
(864) 255-5400 (telephone)
(864) 255-5440 (facsimile)
jason.wyman@wbd-us.com

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1C, ND Ga. and Standing Order No. 16-01, the foregoing pleading is prepared in Times New Roman, 14 point, and was filed using the CM/ECF system, which will automatically provide notice to the following attorney of record by electronic means:

Heather K. Karrh, Esq.

This 28th day of September, 2021.

s/ *Nikole M. Crow*
Nikole M. Crow