IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEMLEM TSEGAI | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| | )   CIVIL ACTION |
| vs. | ) |
| | )   FILE NO. 1:21-cv-01995-TWT |
| HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE | ) |
| COMPANY | ) |
| | ) |
|   Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come plaintiff LEMLEM TSEGAI and defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

This  11th  day of November, 2021.

| | |
|---|---|
| *s/Heather K. Karrh* | *s/Nikole M. Crow* |
| Heather K. Karrh | Nikole M. Crow |
| Georgia Bar No. 408379 | Georgia Bar No. 198359 |
| ROGERS, HOFRICHTER& | WOMBLE BOND DICKINSON LLP |
|    KARRH, LLC | 271 17th Street, NW, Suite 2400 |
| 225 S. Glynn Street, Suite A | Atlanta, GA 30363-1017 |

1

| | |
|---|---|
| Fayetteville, Georgia 30214 | (404)872-7000 (telephone) |
| (770) 460-1118 (telephone) | (404)888-7490 (facsimile) |
| (770) 460-0920 (facsimile) | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |